IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>BRADLEY DALE KOLKA,<br><br>                 Defendant. | 4:18-CR-3115<br><br>ORDER |

IT IS ORDERED:

1. The Request for Transcript (filing 49) is granted.

2. The Clerk's Office shall mail a copy of this order to the party requesting the transcript.

3. The requestor shall be responsible for the cost of the transcript.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 25th day of August, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] The Court reporter, Rogene S. Schroder, may be reached at (402) 661-7383 or roschrod79@yahoo.com.