IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>BRADLEY DALE KOLKA,<br><br>             Defendant. | 4:18CR3115<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion to review the conditions of supervised release, (Filing No. 71), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

    Defendant shall be released to reside at Stephen Center, Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at Stephen Center, Omaha, Nebraska by 1:00 p.m. on November 25, 2024. The Marshal shall release Defendant on November 25, 2024 at 11:30 a.m. for timely transport to the facility. Defense counsel shall communicate with the U.S. Marshal's office regarding any transportation details.

Dated this 18th day of November, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge